IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ .D.C.

04 NOV 19 PM 12:27

Robert R. Di Trolio
CLERK U.S. DIST. CT.
W.D. OF TN. MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Criminal No. 04-20473 MI P |
| ) | |
| MICHAEL ANTHONY SZYMANSKI, ) | 18 USC 2422(b) |
| ) | 18 USC 2423(b) |
| Defendant. ) | 18 USC 2 |

# INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

From in or about September, 2004 through in or about October, 2004, in the Western District of Tennessee, and elsewhere, the defendant,

------------------------------MICHAEL ANTHONY SZYMANSKI------------------------------

knowingly used, and caused to be used, a facility and means of interstate commerce, that is, a combined computer/telephone system, using interstate "instant messages" and "electronic mail" (e-mail) messages, over an interstate telephone system, to knowingly attempt to persuade, induce, entice, and coerce a female who had not attained the age of 18 years of age, to engage in a sexual act, that is, sexual intercourse and oral sex, such sexual conduct then constituting a criminal offense under Tennessee Code Annotated,

CERTIFIED TRUE COPY
THOMAS M. GOULD, CLERK
BY Earline Gray
DEPUTY CLERK

Section 39-13-506; All in violation of Title 18, United States Code, Section 2422(b) and Section 2.

## COUNT 2

On or about October 2, 2004, in the Western District of Tennessee, and elsewhere, the defendant,

-----------------------------------MICHAEL ANTHONY SZYMANSKI-----------------------------------

knowingly traveled in interstate commerce, from the Middle District of Tennessee, through the Western District of Tennessee, to the Northern District of Mississippi, for the purpose of engaging in illicit sexual conduct, that is, a sexual act, as defined in Title 18, United States Code, Section 2246, with a person under 18 years of age, that would be in violation of Title 18, United States Code, Section 2243 if the sexual act occurred in the special maritime and territorial jurisdiction of the United States; in violation of Title 18, United States Code, Section 2423(b).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

11-18-04
DATE