UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) NO. 3:10-CR-000192 |
| | ) JUDGE TRAUGER |
| MICHAEL SZYMANSKI | ) |

RESPONSE TO DEFENDANT'S MOTION FOR
EARLY TERMINATION OF SUPERVISED RELEASE

The defendant Michael Szymanksi filed a Motion for Early Termination of Supervised Release on June 16, 2022. (Docket No. 10). The undersigned attorney has communicated with the U.S. Probation Officer, who reports that the defendant "is doing very well. . . . He works, has finished sex offender treatment, lives with his wife and daughter, and hasn't had any violations in years." While the government usually has concerns about terminating supervised release early, it appears that this defendant has done exceedingly well. As such, the government does not oppose termination but rather takes no position.

Respectfully submitted,

MARK H. WILDASIN
United States Attorney for the
Middle District of Tennessee

s/ S. Carran Daughtrey
S. Carran Daughtrey
Assistant United States Attorney
719 Church Street
Nashville, Tennessee 37203
Telephone: 615/736-5151

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served electronically or by mail to Peter Striance, on this, the 30th day of June, 2022.

s/ S. Carran Daughtrey
S. Carran Daughtrey